UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Troy Nicholas MacDermott, | Case No. 24-CV-01984 (JMB/DTS) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| Federal Bureau of Prisons, *BOP*, Collette S. Peters, *Director, BOP*, *in her official capacity*, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz dated June 25, 2024. (Doc. No. 11.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1). In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 21) is ADOPTED;

2. Plaintiff's Motion to Certify Class, (Doc. No. 4), is DENIED WITHOUT PREJUDICE as premature; and

3. Plaintiff's Motion to Appoint Class Counsel, (Doc. No. 6), is DENIED WITHOUT PREJUDICE as premature.

Dated: July 19, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1