## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Troy Nicholas MacDermott,                  Case No. 24-CV-01984 (JMB/DTS)

                    Plaintiff,

v.                                         **AMENDED ORDER ON REPORT AND RECOMMENDATION**

Federal Bureau of Prisons, *BOP*, Collette
S. Peters, *Director, BOP, in her official
capacity*,

                    Defendants.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz dated June 25, 2024.  (Doc. No. 11.) Neither party has objected to the R&R, and the time to do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).  In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.  The R&R (Doc. No. 11) is ADOPTED;

2.  Plaintiff's Motion to Certify Class, (Doc. No. 4), is DENIED WITHOUT PREJUDICE as premature; and

3.  Plaintiff's Motion to Appoint Class Counsel, (Doc. No. 6), is DENIED WITHOUT PREJUDICE as premature.

Dated: July 19, 2024                    /s/ *Jeffrey M. Bryan*
                                        Judge Jeffrey M. Bryan
                                        United States District Court