UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Troy Nicholas MacDermott, | Case No. 24-CV-01984 (JMB/SGE) |
| Plaintiff, | |
| v. | ORDER |
| Federal Bureau of Prisons and Collette S. Peters, *in her official capacity*, | |
| Defendants. | |

Troy Nicholas MacDermott, Anchorage, AK, self represented.

Ann M. Bildtsen, United States Attorney's Office, Minneapolis, MN, for Defendants Federal Bureau of Prisons and Collette S. Peters.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Shannon G. Elkins dated May 27, 2025. (Doc. No. 51.) The R&R recommends that the matter be dismissed for lack of jurisdiction on the finding that MacDermott's transfer to home confinement has rendered his claims moot. Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 51) is ADOPTED;

2. The Motion to Dismiss (Doc. No. 34) is GRANTED based on lack of jurisdiction;

3. The Amended Complaint (Doc. No. 33) is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 24, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court